SLIP OPINION

Cite as 2014 Ark. 531

# SUPREME COURT OF ARKANSAS

No.

|  |  |
|---|---|
| IN RE: APPOINTMENT OF MEMBERS TO THE COMMITTEE ON PROFESSIONAL CONDUCT | **Opinion Delivered** December 11, 2014 |

## PER CURIAM

The following member appointees to the Supreme Court Committee on Professional Conduct are serving terms that expire December 31, 2014. Each is eligible for a new six-year term.

Panel A - Benton Smith (Jonesboro) attorney, First Congressional District

Panel B – Steven Crane (Magnolia) attorney, Fourth Congressional District

Carolyn Morris (Danville) non–attorney, statewide at large

Panel C – Joe Hickey (El Dorado) attorney, Fourth Congressional District

Panel D – Laura Partlow (West Memphis) attorney, First Congressional District

Kent Hirsch (Springdale) attorney, statewide at large

Ronnie Williams (Menifee) non–attorney, statewide at large

Each member is reappointed for a six-year term ending December 31, 2020. The Court expresses its appreciation for the service rendered by each member, and the willingness of each member to serve another term.